IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONNORS & CO., <br> **Plaintiff,** <br> v. <br> **McKINLEY CAPITAL MANAGEMENT, INC.,** <br> **Defendant.** | Civil Action No.: <br> 1:08-cv-2744-JOF |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND REQUEST TO CLOSE CASE

The parties hereby stipulate and agree to the following:

Plaintiff Connors & Co. ("Connors"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses its action, all claims and pending motions against Defendant McKinley Capital Management, Inc. ("McKinley Capital") with prejudice.

McKinley Capital dismisses all pending claims and motions against Connors with prejudice.

Each party is to bear its own attorneys' fees and costs.

No other claims or parties remain in this action; accordingly, it is requested that this matter be closed.

1

**Signature page to "Stipulation Of Voluntary Dismissal With Prejudice And Request To Close Case"; In The United States District Court For The Northern District of Georgia, Atlanta Division;** *Connors & Co. v. McKinley Capital Management, Inc.*; **Civil Action No. 1:08-cv-2744-GET**

Respectfully submitted this the 19th day of August, 2011.

| McDERMOTT WILL & EMERY LLP | SCHIFF HARDIN LLP |
|---|---|
| By: _____ | By: _____ |
| William F. Weld | Michael K. Wolensky |
| *Admitted Pro Hac Vice* | Georgia Bar No. 773255 |
| bweld@mwe.com | mwolensky@schiffhardin.com |
| Daniel N. Jocelyn | Ethan H. Cohen |
| *Admitted Pro Hac Vice* | Georgia Bar No. 173745 |
| djocelyn@mwe.com | ecohen@schiffhardin.com |
| Monica S. Asher | Danielle D. Cook |
| *Admitted Pro Hac Vice* | Georgia Bar No. 142540 |
| masher@mwe.com | dcook@schiffhardin.com |
| 340 Madison Avenue | One Atlantic Center, Suite 2300 |
| New York, NY 10173 | 1201 West Peachtree Street, N.W. |
| Telephone: (212) 547-5400 | Atlanta, Georgia 30309 |
| Facsimile: (212) 547-5444 | Telephone: (404) 437-7000 |
|  | Facsimile: (404) 437-7100 |
| Michael J. King | James L. McCarrey |
| Georgia Bar No. 421160 | *Admitted Pro Hac Vice* |
| Joe D. Whitley | JMcCarrey@mckinleycapital.com |
| Georgia Bar No. 756150 | Tregarrick Taylor |
| Greenberg Traurig, LLP | *Admitted Pro Hac Vice* |
| 3290 Northside Parkway, Suite 400 | ttaylor@mckinleycapital.com |
| Atlanta, GA 30327 | McKinley Capital Management LLC |
| Telephone: (404) 553-2100 | 3301 C Street, Suite 500 |
| Facsimile: (404) 553-2212 | Anchorage, AK 99503 |
|  | Telephone: (907) 563-4488 |
| *Attorneys for Connors & Co.* | Facsimile: (907) 561-7142 |
|  | *Attorneys for McKinley Capital Management LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CONNORS & CO.,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**McKINLEY CAPITAL MANAGEMENT, INC.,**<br><br>     **Defendant.** | **CIVIL ACTION NO.**<br>**1:08-cv-2744-JOF** |

I hereby certify that I have this day electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND REQUEST TO CLOSE CASE** with the Clerk of Court by using the CM/ECF system which will automatically send email notification of such filing to all counsel of record who are currently registered in the CM/ECF system.

This the 19th day of August, 2011.

/s/ Michael K. Wolensky
Michael K. Wolensky
Georgia Bar No. 773255